

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00045-CV

ALEXZANDER PAUL MARTINEZ          APPELLANT

V.

AMY ANN URRUTIA-MARTINEZ          APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 2 OF WISE COUNTY
### TRIAL COURT NO. CV16-04-306

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On March 21, 2017, and April 4, 2017, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $205 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Appellant shall pay all costs of this appeal, for which let execution issue.

*See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  SUDDERTH, KERR, and PITTMAN, JJ.

DELIVERED:  April 27, 2017

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).